UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of<br><br>HELIO ROCHA-GOMES<br>(DHS # A79-811-140) | Case No. MC07-5014FDB<br><br>**ORDER GRANTING EMERGENCY EX PARTE MOTION TO PROVIDE INVOLUNTARY MEDICAL CARE, NUTRITION AND HYDRATION FOR INMATE** |

The Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE") having filed an ex parte motion for an order permitting it to pursue involuntary medication, feeding and hydration of Helio Rocha-Gomes, DHS # A79-811-140, who is currently incarcerated as a civil detainee at the ICE Northwest Detention Center in Tacoma, Washington; and the Court having reviewed the Declaration of Philip Farabaugh, M.D., and the ICE incident report filed with the motion; and the Court finding that there is sufficient cause to believe that without the requested medical testing and treatment, Mr. Rocha is in danger of irreparable injury, and possible death; and the Court concluding that ICE has an affirmative duty to care for and treat inmates in its custody; and the Court concluding it has inherent authority to issue an Order permitting ICE to carry out its affirmative duty, which includes provision of involuntary medication and forced feeding and hydration through a nasogastric tube or intravenously,

IT IS HEREBY ORDERED that ICE may undertake the necessary medical procedures and provide involuntary medication, nutrition and hydration described herein and in the moving papers.

ORDER PERMITTING INVOLUNTARY
MEDICAL CARE AND NUTRITION – 1

1   IT IS FURTHER ORDERED that ICE provide a copy of this Order to Mr. Rocha forthwith.  IT
2   IS FURTHER ORDERED that the Clerk send a copy of this Order to counsel of record.
3       DATED this 25th day of May, 2007.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington
by
 /s/  Christopher L. Pickrell
CHRISTOPHER L. PICKRELL
WSBA # 12787
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Tel 206-553-4088; Fax 206-553-4067
E-mail  chris.pickrell@usdoj.gov
Attorney for ICE

ORDER PERMITTING INVOLUNTARY
MEDICAL CARE AND NUTRITION  – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970